# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

IN RE:                                        )
                                              )
**PIERCE ELEVATOR, INC.,**                    )    CASE NO. **BK16-80151**
                                              )    CHAPTER 11
        Debtor.                      )
_____)

## LIMITED OBJECTION TO
## DEBTOR'S MOTION TO DISMISS

COMES NOW the United States Trustee for the District of Nebraska and hereby respectfully objects to the Debtor's Motion For Dismiss which was filed in the above-captioned case on April 25, 2017. In support of this objection, the United States Trustee states as follows:

1. On February 5, 2016, the debtor filed a voluntary Chapter 11 petition.

2. The debtor filed a Motion to Dismiss in the above-captioned case on or near April 25, 2017.

3. Pursuant to 28 U.S.C. Section 1930(a)(6), the debtor is obligated to pay to the United States Trustee a quarterly fee for each quarterly period, including any fraction thereof, until the case is dismissed or converted or closed by the Court, whichever first occurs.

4. Pursuant to Neb. R. Bankr. P. 1017-2 (A), the Bankruptcy Court may condition the dismissal of a case on payment of fees, including quarterly fees due the Office of the United States Trustee as warranted.

5. The United States Trustee objects to the dismissal of this case unless and until the debtor pays the all quarterly fees due to the Office of the United States Trustee. A total of $650.00 is due to the United States Trustee Office for quarterly fees.

WHEREFORE, the United States Trustee respectfully objects to the debtors Motion To Dismiss and pursuant to Neb. R. Bankr. P. 1017-2 (A), requests the Bankruptcy Court to condition the dismissal of the above-captioned case on payment of quarterly fees due to the office of the United States Trustee.

DATED this 11th day of May, 2017.

RESPECTFULLY SUBMITTED:

ACTING UNITED STATES TRUSTEE
Daniel J. Casamatta
ASSISTANT U.S. TRUSTEE
Patricia D. Fahey

BY: /s/ Jerry L. Jensen
Jerry L. Jensen
Attorney for U.S. Trustee
111 South 18th Plaza, Suite 1148
Roman L. Hruska U.S. Courthouse
Omaha, NE    68102
(402) 221-4300

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2017, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to all CM/ECF participants for this case.

/s/   Jerry L. Jensen